**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIKKA WILLIAMS,

                   Plaintiff,                20 **CIVIL** 8031 (PAE)(GWG)

      -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated September 29, 2021, that that this action

be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
       September 29, 2021

                             **RUBY J. KRAJICK**
                        _____
                             **Clerk of Court**
              **BY:**        K. mango
                          _____
                             **Deputy Clerk**