UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIKKA WILLIAMS,

                    Plaintiff,

          -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

20 Civ. 8031 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 27, 2021, the Court received a motion for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA") from plaintiff. Dkt. 29. Plaintiff also sought leave for a 60-day extension to file a supporting memorandum of law to permit the parties to discuss settlement of fees. Plaintiff is to file a supporting memorandum of law by February 28, 2022, if the parties have not resolved the amount of attorneys' fees due to plaintiff's counsel.

        SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 28, 2021
       New York, New York